# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| MICHAEL DALEIDEN, SEAN RANDALL, STEVEN SACK, PEDRO POVEDA, CHRISTOPHER CARVER, RICHARD JOSWICK, JUSTIN SCOTT, AND LYNN FRAZEL, <br><br> Plaintiffs, <br> vs. <br><br> RED LAMBDA, INC., a Florida For-Profit Corporation, BAHRAM YUSEFZADEH, individually, SAAD AL BARRAK, individually and LEWIS DUNCAN, individually, <br><br> Defendant. | CASE NO: |

## DEFENDANT RED LAMBDA'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, RED LAMBDA, INC. ("Red Lambda"), through its undersigned counsel, files this Notice of Removal of the above-captioned action from the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida where the action is now pending under Case No. 2020-CA-000133-16K-K to the United States District Court for the Middle District of Florida. In support of this Removal, Defendant Red Lambda states as follows:

### BACKGROUND

1. Plaintiffs Michael Daleiden, Sean Randall, Steven Sack, Pedro Poveda, Christopher Carver, Richard Joswick, Justin Scott, and Lynn Frazel, (collectively "Plaintiffs") initiated this action captioned *Daleiden, et al v. Red Lambda et al*, No. 2020-CA-000133-16K-

K, in the Circuit Court of the 18th Judicial Circuit for Seminole County, Florida ("State Court Action").

2. A copy of the Summons and the Complaint was served on Defendant Red Lambda on February 5, 2020.

3. Pursuant 28 U.S.C. § 1446(a), a complete copy of all process and pleadings received by Defendant Red Lambda in the State Court Action to date are attached as Composite Exhibit "A." Defendant Red Lambda has not served any answer or responsive pleadings to the Complaint, nor made any argument before the State Court.

4. Plaintiffs' 40-count Complaint alleges causes of action for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA") and Fla. Stat. § 448.08, *et. seq.* (*See* Complaint generally).

## REMOVAL IS PROPER BASED ON ORIGINAL FEDERAL QUESTION JURISDICTION AND SUPPLEMENTAL JURISDICTION

5. Removal is proper under 28 U.S.C. § 1441(a) because this Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331. Federal question jurisdiction is apparent on the face of the Complaint as Plaintiffs' claims directly implicate the laws of the United States---specifically the FLSA. *Breuer v. Jim's Concrete of Brevard, Inc.*, 292 F.3d 1308, 1309 (11th Cir. 2002), *aff'd*, 538 U.S. 691 (2003) (FLSA cases may be immediately removed from state to federal court).

6. The district court also has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a), to the extent they are not preempted by the FLSA, because Plaintiffs' state law claims are so related to their FLSA claims that they form part of the same case or controversy.

## VENUE

7.  Removal to this Court is proper pursuant to 28 U.S.C. § 1446(a) because the Circuit Court of the 18th Judicial Circuit, in and for Seminole County, Florida where this case was brought and is pending is within this Court's District and Division.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

8.  Pursuant 28 U.S.C. § 1446(b), Defendant Red Lambda's Notice of Removal is timely filed within 30 days after the initial receipt by Defendant Red Lambda of a copy of Plaintiff's Complaint.

9.  A copy of this Notice of Removal and a Notice of Filing Notice of Removal will promptly be filed with the State Court as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing Notice of Removal is attached as Exhibit "B."

10.  Defendants Lewis Duncan, Saad Al-Barrak, and Bahram Yusefzadeh consent to this Removal and will be filing consents with the Court.

WHEREFORE, Defendant Red Lambda hereby removes the State Court Action from the Circuit Court of the Eighteenth Judicial Circuit in Seminole County, Florida to the United States District Court for the Middle District of Florida and request that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in state court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 6th day of March, 2020.

    Respectfully submitted,

    JACKSON LEWIS P.C.
    390 North Orange Avenue, Suite 1285
    Orlando, Florida 32801
    Telephone:    (407) 246-8440
    Facsimile:    (407) 246-8441

    By:    */s/ Peter M. Wendzel*
        Peter M. Wendzel
        Florida Bar No. 1018271
        peter.wendzel@jacksonlewis.com

        Madonna M. Snowden
        Florida Bar No. 0124522
        madonna.snowden@jacksonlewis.com

    Attorneys for Defendants RED LAMBDA, INC., SAAD AL-BARRAK, and LEWIS DUNCAN

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to, as well as a true and correct copy sent via U.S. Mail and E-Mail to: counsel for Plaintiffs, R. Samuel Dunaway, III, Esquire, Dunaway Law Firm, P.A., 2457 Silver Star Road, Orlando, Florida 32804, sam@dunawaylawfirm.com, and Counsel for Defendant Bahram Yusefzadeh, Jesse I. Unruh, Esquire Spire Law, LLC 12249 Science Drive, Suite 155 Orlando, Florida, jesse@spirelawfirm.com.

    */s/ Peter M. Wendzel*
    Attorney

4847-7421-2534, v. 2