# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

_____

MICHAEL DALEIDEN, SEAN )
RANDALL, STEVEN SACK, PEDRO )
POVEDA, CHRISTOPHER CARVER, )
RICHARD JOSWICK, JUSTIN )
SCOTT, AND LYNN FRAZEL, )
)
    **Plaintiffs,** )
**vs.** )  **CASE NO:**
)
RED LAMBDA, INC., a Florida )
For-Profit Corporation, BAHRAM )
YUSEFZADEH, individually, SAAD )
AL BARRAK, individually and LEWIS )
DUNCAN, individually, )
)
    **Defendant.** )
_____)

## DEFENDANT SAAD AL-BARRAK'S CONSENT TO NOTICE OF REMOVAL

      Pursuant to 28 U.S.C. § 1446 (b)(2)(C) Defendant, Saad Al-Barrak ("Saad"), through his undersigned counsel, files this Consent to Removal and in support states as follows:

      1.    Contemporaneously with the filing of this Consent, Defendant Red Lambda Inc., filed a Notice of Removal.

      2.    Defendant Saad hereby gives notice to the Court and to all parties that he consents to the removal of Plaintiffs' Complaint filed by Plaintiff Michael Daleiden, Sean Randall, Steven Sack, Pedro Poveda, Christopher Carver, Richard Joswick, Justin Scott, and Lynn Frazel in Case No. 2020-CA-000133-16-K-K, previously pending in the 18th Judicial Circuit for Seminole County, Florida, which has been removed into this United States District Court.

3.     In consenting to removal, Defendant Saad does not waive his right to contest or raise defenses relating to insufficient process, insufficient service of process, or lack of personal jurisdiction.

DATED this 6th day of March, 2020.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32802-3389
Telephone:    (407) 246-8440
Facsimile:    (407) 246-8441

By:    */s/ Peter M. Wendzel*
       Peter M. Wendzel
       Florida Bar No. 1018271
       peter.wendzel@jacksonlewis.com

       Madonna M. Snowden
       Florida Bar No. 0124522
       madonna.snowden@jacksonlewis.com

Attorneys for Defendants RED LAMBDA, INC., SAAD AL-BARRAK, and LEWIS DUNCAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to, as well as a true and correct copy sent via U.S. Mail and E-Mail to: counsel for Plaintiffs, R. Samuel Dunaway, III, Esquire, Dunaway Law Firm, P.A., 2457 Silver Star Road, Orlando, Florida 32804, sam@dunawaylawfirm.com, and Counsel for Defendant Bahram Yusefzadeh, Jesse I. Unruh, Esquire Spire Law, LLC 12249 Science Drive, Suite 155 Orlando, Florida, jesse@spirelawfirm.com.

*/s/ Peter M. Wendzel*
Attorney

4830-4992-2230, v. 1