**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| MICHAEL DALEIDEN, SEAN RANDALL, STEVEN SACK, PEDRO POVEDA, CHRISTOPHER CARVER, RICHARD JOSWICK, JUSTIN SCOTT, and LYNN FRAZEL, <br><br> Plaintiffs, <br><br> vs. <br><br> RED LAMBDA, INC., a Florida For-Profit Corporation, BAHRAM YUSEFZADEH, individually, SAAD AL BARRAK, individually and LEWIS DUNCAN, individually, <br><br> Defendants. | Case No.: 6:20-cv-410-Orl-WWB-GJK |

## DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants, RED LAMBDA, INC., BAHRAM YUSEFZADEH, SAAD AL BARRAK, and LEWIS DUNCAN, ("Defendants") respectfully move for a brief extension of time up to and including April 3, 2020, to answer, move, or otherwise respond to Plaintiffs' Complaint, and state the following in support:

1. Plaintiffs filed their Complaint on January 20, 2020 in the Circuit Court of the Eighteenth Judicial Circuit for Seminole County, Florida.

2. On March 6, 2020, this case was timely removed to federal court based on federal question jurisdiction, making the response deadline March 13, 2020 *See* Fed. R. Civ. P. 81(c)(2)(C).

3. The Parties are seeking to determine if early resolution of this matter is possible through a magistrate settlement conference, and this case has been referred to the next available magistrate judge. (Doc. 13).

4. In order to fully investigate and formulate an appropriate response(s) to the Complaint on behalf of the multiple Defendants, and in order to further explore the possibility of early resolution, counsel for Defendants respectfully request a brief extension of time, up to and including April 3, 2020, to respond to Plaintiffs' Complaint.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. The undersigned have discussed the subject matter of this Motion with Plaintiffs' counsel, who is not opposed to the relief sought herein.

## MEMORANDUM OF LAW

When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6 (b). The instant motion is brought before the expiration of the time for responding to the Complaint. Defendants respectfully suggest good cause has been shown for the requested enlargement. Specifically, the enlargement will provide the parties with enough time to explore the possibility of early resolution of this matter as well as for Defendants to fully investigate and formulate appropriate responses to the Complaint.

WHEREFORE, Defendants respectfully request an extension of time up to and including April 3, 2020, to answer, move or otherwise respond to Plaintiffs' Complaint.

## **CERTIFICATION OF CONFERENCE WITH COUNSEL**

Pursuant to Local Rule 3.01(g), the undersigned certify that they have conferred with Plaintiffs' counsel regarding the subject matter of this motion, and Plaintiffs are not opposed to the relief sought herein.

DATED this 13th day of March, 2020.

Respectfully submitted,

| | |
|---|---|
| Spire Law, LLC<br>12249 Science Drive, Suite 155<br>Orlando, Florida 32826<br><br>By: */s/Jesse I. Unruh*<br><br>Jesse I. Unruh, Esq.<br>Florida Bar No. 93121<br>jesse@spirelawfirm.com<br><br>Attorney for Defendant\| BAHRAM YUSEFZADEH | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441<br><br>By: */s/ Peter M. Wendzel*<br>Peter M. Wendzel<br>Florida Bar No. 1018271<br>peter.wendzel@jacksonlewis.com<br><br>Madonna M. Snowden<br>Florida Bar No. 0124522<br>madonna.snowden@jacksonlewis.com<br><br>Attorneys for Defendants \| RED LAMBDA, INC., SAAD AL-BARRAK, and LEWIS DUNCAN |

**CERTIFICATE OF SERVICE**

I hereby Certify that on this 13th day of March, 2020, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to the following: R. Samuel Dunaway, III, Esquire, at sam@dunawaylawfirm.com Dunaway Law Firm, P.A., 2457 Silver Star Road, Orlando, Florida 32804; Peter M. Wendzel, Esquire, at peter.wendzel@jacksonlewis.com and Madonna M. Snowden, Esquire, at madonna.snowden@jacksonlewis.com at Jackson Lewis, P.C., 390 North Orange Avenue, Suite 1285, Orlando Florida 32801.

*/s/ Jesse I. Unruh*
Jesse I. Unruh