UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL DALEIDEN, SEAN RANDALL, STEVEN SACK, PEDRO POVEDA, CHRISTOPHER CARVER, RICHARD JOSWICK, JUSTIN SCOTT and LYNN FRAZEL,

    Plaintiffs,

v.                        Case No: 6:20-cv-410-Orl-78GJK

RED LAMBDA, INC., BAHRAM YUSEFZADEH, SAAD AL BARRAK and LEWIS DUNCAN,

    Defendants.

## ORDER

Defendants' Joint Unopposed Motion for Extension of Time to Respond to the Complaint (Doc. 14), is **GRANTED**. Defendants have through April 3, 2020 within to respond to the complaint.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2020.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties