## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MICHAEL DALEIDEN, SEAN )
RANDALL, STEVEN SACK, PEDRO )
POVEDA, CHRISTOPHER CARVER, )
RICHARD JOSWICK, JUSTIN )
SCOTT, AND LYNN FRAZEL, )
)
    Plaintiffs, )
vs. ) CASE NO: 6:20-cv-00410-WWB-GJK
)
RED LAMBDA, INC., a Florida )
For-Profit Corporation, BAHRAM )
YUSEFZADEH, individually, SAAD )
AL BARRAK, individually and LEWIS )
DUNCAN, individually, )
)
    Defendant. )

### DEFENDANT LEWIS DUNCAN'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Interested Persons Order [D.E. 9] Defendant LEWIS DUNCAN, by and through his undersigned counsel, discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    **Red Lambda, Inc.—Defendant**

    **Bahram Yusefzadeh—Board Member of Red Lambda, Inc., and Defendant**

**Saad Al Barrak—Board Member of Red Lambda, Inc., and Defendant (Unserved)**

**Lewis Duncan—Board Member of Red Lambda, Inc. and Defendant**

**Peter M. Wendzel – Counsel for Defendants Red Lambda Inc., Saad Al Barrak and Lewis Duncan**

**Madonna M. Snowden – Counsel for Defendants Red Lambda Inc., Saad Al Barrak and Lewis Duncan**

**Jackson Lewis P.C. – Counsel for Defendant**

**Jesse I. Unruh—Counsel for Defendant Bahram Yusefzadeh**

**Spire Law, LLC—Counsel for Defendant Yusefzadeh**

**Michael Daleiden, Plaintiff**

**Sean Randall, Plaintiff**

**Steven Sack, Plaintiff**

**Pedro Poveda, Plaintiff**

**Christopher Carver, Plaintiff**

**Richard Joswick, Plaintiff**

**Justin Scott, Plaintiff**

**Lynn Frazel, Plaintiff**

**Samuel Dunaway, III, Esquire, Counsel for Plaintiffs**

**Dunaway Law Firm, P.A., Counsel for Plaintiffs**

2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Defendant Lewis Duncan is unaware of any such entities.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Defendant Lewis Duncan is unaware of any such entities.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None not already identified in response to Item No. 1.**

Defendant Lewis Duncan hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

DATED this 24th day of March, 2020.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone:   (407) 246-8440
        Facsimile:    (407) 246-8441

        By:    */s/ Peter M. Wendzel*
                Peter M. Wendzel
                Florida Bar No. 1018271
                peter.wendzel@jacksonlewis.com

                Madonna M. Snowden
                Florida Bar No. 0124522
                madonna.snowden@jacksonlewis.com

        Attorneys for Defendants RED LAMBDA, INC., SAAD AL-BARRAK, and LEWIS DUNCAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: counsel for Plaintiffs, R. Samuel Dunaway, III, Esquire, Dunaway Law Firm, P.A., 2457 Silver Star Road, Orlando, Florida 32804, sam@dunawaylawfirm.com, and Counsel for Defendant Bahram Yusefzadeh, Jesse I. Unruh, Esquire Spire Law, LLC 12249 Science Drive, Suite 155 Orlando, Florida, 32826, jesse@spirelawfirm.com.

        */s/ Peter M. Wendzel*
        Attorney

4820-0100-1911, v. 1