**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

|  |  |
|---|---|
| MICHAEL DALEIDEN, SEAN RANDALL, STEVEN SACK, PEDRO POVEDA, CHRISTOPHER CARVER, RICHARD JOSWICK, JUSTIN SCOTT, AND LYNN FRAZEL,<br><br>　　Plaintiffs,<br>vs.<br><br>RED LAMBDA, INC., a Florida For-Profit Corporation, BAHRAM YUSEFZADEH, individually, SAAD AL BARRAK, individually and LEWIS DUNCAN, individually,<br><br>　　Defendants. | CASE NO: 6:20-cv-00410-WWB-GJK |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

　　COMES NOW, the Plaintiffs, MICHAEL DALEIDEN, SEAN RANDALL, STEVEN SACK, PEDRO POVEDA, CHRISTOPHER CARVER, RICHARD JOSWICK, JUSTIN SCOTT and LYNN FRAZEL, by and through their undersigned counsel here disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**MICHAEL DALEIDEN – Plaintiff**

**SEAN RANDALL – Plaintiff**

**STEVEN SACK – Plaintiff**

**PEDRO POVEDA – Plaintiff**

**CHRISTOPHER CARVER – Plaintiff**

**RICHARD JOSWICK - Plaintiff**

**JUSTIN SCOTT – Plaintiff**

**LYNN FRAZEL - Plaintiff**

**R. SAMUEL DUNAWAY III – Counsel for Plaintiff**

**DUNAWAY LAW FIRM, P.A. – Counsel for Plaintiff**

**RED LAMBDA, INC. – Defendant**

**BAHRAM YUSEFZADEH – Defendant**

**SAAD AL BARRAK – Defendant**

**LEWIS DUNCAN – Defendant**

**IAIN KERR – Potential Defendant**

**JACKSON LEWIS, P.C. – Counsel for Defendant**

**SPIRE LAW. LLC - Counsel for Defendant**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Plaintiffs are unaware of any such entities**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Plaintiffs are unaware of any such entities**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**RED LAMBDA, INC.**
**BAHRAM YUSEFZADEH,**
**SAAD AL BARRAK**
**LEWIS DUNCAN**
**IAIN KERR**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: counsel for Defendants, Peter M. Wendzel, Esquire, JACKSON LEWIS P.C.390 North Orange Avenue, Suite 1285, Orlando, Florida 32801 peter.wendzel@jacksonlewis.com, and a true and correct copy was sent via U.S. Mail and E-Mail to: Counsel for Defendant Bahram Yusefzadeh, Jesse I. Unruh, Esquire Spire Law, LLC 12249 Science Drive, Suite 155 Orlando, Florida, 32826, jesse@spirelawfirm.com.

/s/ R. SAMUEL DUNAWAY III, ESQUIRE
R. Samuel Dunaway III, Esquire
Florida Bar No.: 0025916
Dunaway Law Firm, P.A.
2416 Silver Star Road
Orlando, FL 32804
Direct:(407)457-5000
Fax:(321) 445-4753
Attorneys for Plaintiff
PRINCIPAL EMAIL ADDRESS:
pleadings@dunaylawfirm.com